August 25, 2021

*Via ECF*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.

SO ORDERED.
8/26/2021

_____
P. Kevin Castel
United States District Judge

Re: *AJ Ruiz Consultoria Empresarial S.A. v. Bank of China Limited, et al.*, 21 Civ. 6020 (S.D.N.Y.) (PKC) [rel. *AJ Ruiz Consultoria Empresarial S.A. v. Banco Bilbao Vizcaya Argentaria, S.A., et al.*, 21 Civ. 6018 (S.D.N.Y.) (PKC)]

Dear Judge Castel:

Plaintiff and the Defendants that have appeared to date respectfully request that the Court adjourn the Initial Pretrial Conference currently scheduled for September 3, 2021, *see* Dkt. 38, to a date at least 14 days after November 3, 2021. Before this case was transferred to Your Honor, Judge Failla granted Defendants Bank of China Limited, Dexia Credit Local SA, and KfW until November 3 to respond to the Complaint. *See* Dkts. 30, 35. Plaintiff expects to reach an agreement with Defendant International Finance Corporation ("IFC") under which IFC would respond to the Complaint by the same deadline. Accordingly, consistent with Your Honor's Individual Practice 1.B, Plaintiff and Defendants Bank of China Limited, Dexia Credit Local SA, and KfW respectfully request that the Court adjourn the Initial Pretrial Conference to a date at least 14 days after November 3. Though IFC has not yet appeared, it has informed the other parties that it consents to this relief. No party has previously requested an adjournment of the Initial Pretrial Conference.[1]

Respectfully submitted,

---

[1] The parties understand that the filing of a pre-motion letter in respect of a motion to dismiss on or before November 3, 2021 shall stay the time to answer or otherwise move until further order of the Court, in accordance with section 3.A of the Court's Individual Practices. The above-referenced defendants state that they preserve and do not waive any objections they may have, including regarding lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

August 25, 2021
Page 2

/s/ *Andrew E. Goldsmith*
Andrew E. Goldsmith
Derek T. Ho
Andrew M. Hetherington
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com
dho@kellogghansen.com
ahetherington@kellogghansen.com

*Attorneys for Plaintiff*

/s/ *Daniel Goldberger*
Daniel Goldberger
DORSEY & WHITNEY LLP
51 W 52nd St.
New York, NY 10019
(212) 415-9365
goldberger.dan@dorsey.com

*Attorney for Defendant Bank of China Limited*

/s/ *Daniel M. Perry*
Daniel M. Perry
Alexander B. Lees
Alison Bonelli
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5083
dperry@milbank.com
alees@milbank.com
abonelli@milbank.com

*Attorneys for Defendants KfW and Dexia Credit Local SA*