UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AJ RUIZ CONSULTORIA EMPRESARIAL S.A,

                Plaintiff,                      21 cv 6018(PKC)

       -against-

BANCO BILBOA
VICAYA ARGENTARIA, S.A., et al.,                  ORDER

                Defendants.
-----------------------------------------------------------x

AJ RUIZ CONSULTORIA EMPRESARIAL S.A,

                Plaintiff,                      21 cv 6020(PKC)

       -against-

BANK OF CHINA LIMITED, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Each of the above-captioned actions invokes this Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1334(b) asserting that it "is a civil proceeding related to a case under title 11, *In re Schahin Holding S.A.*, No. 19-19932 (Bankr. S.D. Fla.) (Miami Division) (Chapter 15)."

        Pursuant to the Amended Standing Order of Reference of Chief Judge Loretta A. Preska, 12 Misc. 32 (docketed Feb. 1, 2012), the above-captioned matter is referred to United States Bankruptcy Court for the Southern District of New York.

The Clerk of this Court is directed to refer the above-captioned cases to the United States Bankruptcy Court for the Southern District of New York and administratively close the cases in this Court. The December 16, 2021 conference is adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
December 6, 2021

                                                    P. Kevin Castel
                                               United States District Judge